**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8114**

———————

JAMES GUY ARNOLD, IV,

                                        Petitioner - Appellant,

        versus

CHARLES MARLES, Sheriff; MARTIN VAN EVANS,

                                        Respondents - Appellees.

———————

**No. 02-6168**

———————

JAMES GUY ARNOLD,

                                        Petitioner - Appellant,

        versus

MARTIN VAN EVANS, Warden,

                                        Respondent - Appellee.

———————

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge;
Andre M. Davis, District Judge.  (CA-01-3567-S, CA-01-4026-AMD)

———————

Submitted:  April 25, 2002            Decided:  May 6, 2002

———————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James Guy Arnold, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Guy Arnold appeals the district court orders denying relief on his 28 U.S.C. § 2241 (1994) petitions in these consolidated cases. We find Arnold's appeals to be moot. Accordingly, we deny certificates of appealability and dismiss the appeals. Further, we deny Arnold's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2